IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL STOLARIK, :
:
       Plaintiff, :
:
v. : 3:12-CV-01249
: (JUDGE MARIANI)
CITY OF WILKES-BARRE, et al., :
:
       Defendants. :

## ORDER

**AND NOW, THIS 30TH DAY OF OCTOBER, 2013**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss Portions of Plaintiff's Complaint is **GRANTED IN PART**, to wit:

   a. All Counts are **DISMISSED WITHOUT PREJUDICE**, except that,

   b. That portion of Count I that appears to allege an independent substantive due process claim under the Fourteenth Amendment is **DISMISSED WITH PREJUDICE** to the extent that it does so.

2. Plaintiffs shall have **FOURTEEN (14) DAYS** from the date of this Order to file an amended complaint.

*signature*
Robert D. Mariani
United States District Judge

2